UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. MJ 14-356 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| ANDREW MICHAEL HARTUNG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:        Production of Visual Depictions of Minors Engaged in Sexually Explicit Conduct; Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct; Possession of Depictions of Minors Engaged in Sexually Explicit Conduct

<u>Date of Detention Hearing</u>:    September 11, 2014.

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

01          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02          1.      Defendant was not interviewed by Pretrial Services.   Therefore, his background

03  information is either not known or not verified.

04          2.      Defendant does not contest detention.

05          3.      Defendant's past criminal record includes a prior conviction for possession of

06  child pornography.

07          4.      Defendant poses a risk of nonappearance due to lack of verified background

08  information.  He poses a risk of danger due to the nature of the charges and past criminal

09  record.

10          5.      There does not appear to be any condition or combination of conditions that will

11  reasonably assure the defendant's appearance at future Court hearings while addressing the

12  danger to other persons or the community.

13  It is therefore ORDERED:

14      1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

15          General for confinement in a correction facility separate, to the extent practicable, from

16          persons awaiting or serving sentences or being held in custody pending appeal;

17      2.  Defendant shall be afforded reasonable opportunity for private consultation with

18          counsel;

19      3.  On order of the United States or on request of an attorney for the Government, the

20          person in charge of the corrections facility in which defendant is confined shall deliver

21          the defendant to a United States Marshal for the purpose of an appearance in connection

22          with a court proceeding; and

DETENTION ORDER
PAGE -2

01    4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel

02        for the defendant, to the United States Marshal, and to the United State Pretrial Services

03        Officer.

04        DATED this <u>11th</u> day of September, 2014.

05

06                             Mary Alice Theiler

07                             Chief United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3